SEP 16 2024 AM 10:10
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

3:24MJ828 (TOF)

In Re: APPLICATION FOR        :
                              : ss. Hartford, Connecticut
SEARCH WARRANT                :
_____:

AFFIDAVIT

I, Michelle A. Plante, being duly sworn, depose and state as follows:

I.  INTRODUCTION

1. I have been a United States Postal Inspector since May 2024. I am assigned to the Boston Division, working out of Hartford, Connecticut. I am currently assigned to the United States Postal Inspection Service sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the U.S. Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities. The NBCT-TF currently consists of seven Postal Inspectors, detectives from the Hartford, New Britain, Meriden, Plainville, Town of Groton Police Departments, a Special Agent from the United States Postal Service (USPS) Office of Inspector General, and a General Analyst.

2. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

3. Prior to becoming a postal inspector, I was an Intelligence Analyst with the Massachusetts State Police for 2.5 years assigned to the Commonwealth Interstate Narcotics Reduction Enforcement Team (CINRET) West which focused on disrupting and dismantling drug trafficking organizations (DTOs) in Western Massachusetts. Prior to that I worked as a Crime Analyst for the Hartford Police Department for five years in a real-time crime center where I investigated numerous narcotics cases, many of which involved the transportation of controlled

substances through the United States Mail. Based on my training and experience, I am aware that it is common for individuals to ship such controlled substances through USPS.

4. Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals: first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

5. Based on my training and experience in law enforcement, I am familiar with the methods and techniques used by traffickers of illicit narcotics and pharmaceuticals to transport controlled substances via the U.S. Mail and avoid detection by the United States Postal Service ("USPS"). I am aware of the techniques utilized by traffickers to avoid detection by law enforcement. I am also aware that packages later discovered to contain controlled substances often use fictitious information as it relates to the sender's or recipient's name, or both, while utilizing a legitimate address. This provides individuals associated with the package the ability to disguise their relation to the package but still permit the package to be delivered to a valid address.

6. The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, through interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

7. Because this affidavit is being submitted for the limited purposes of securing search warrants, I have not included each and every fact known to me concerning this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

## II.   DESCRIPTION OF THE SUBJECT PARCEL

8. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail Express parcel displaying USPS Tracking Number EI996873951US addressed to "Gary R. 14 Seeley St. Danbury CT 06810" and bearing a return address of "Bora 271 Falcato Dr Milpitas CA 95035" the "SUBJECT PARCEL", contains evidence of the unlawful possession of controlled substances.

**Picture of the SUBJECT PARCEL**



9. On or about September 3, 2024, the SUBJECT PARCEL was identified as a parcel possibly containing a controlled substance. The SUBJECT PARCEL weighs approximately 1 lbs. and 4 oz and bears $71.60 in postage.

10. A review of Postal databases indicates that the delivery address on the SUBJECT PARCEL, "14 Seeley St. Danbury CT 06810" is an actual valid address.  A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, returned a negative result for "Gary R" being associated with that address. A review of Postal databases indicates

3

that "271 Falcato Dr Milpitas CA 95035" is an actual valid address. However, CLEAR provided a negative result for "Bora" associated with the return address.

11. On September 3, 2024, SUBJECT PARCEL was examined by a trained narcotics detection canine. The canine is a four (4) year-old tan and black German Shepherd named Onyx. Onyx is assigned to Officer Timothy Camerl of the West Hartford Police Department. Onyx was first certified in August of 2021 and was last recertified in June of 2024. Onyx is certified in the detection of cocaine, crack cocaine, heroin, MDMA and methamphetamines. Onyx receives monthly in-service training sessions in the detection of narcotics.

12. The SUBJECT PARCEL was placed among four other similarly sized parcels prior to Onyx's handler arriving. Upon examination of the parcels, the canine handler informed me that the canine alerted to the SUBJECT PARCEL. The handler and canine left the area. The parcels, including the SUBJECT PARCEL were rearranged in different positions on the floor. The handler and canine were called in again. The handler informed me that the canine alerted to the SUBJECT PARCEL once again.

13. Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCEL is evidence of a violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846. Because this warrant seeks only permission to examine the SUBJECT PARCEL, which is presently in the custody of the USPIS Domicile located at 141 Weston St., Hartford, CT 06101, the execution of this warrant does not involve the physical intrusion onto a premise. Consequently, I submit that there is reasonable cause for the Court to authorize execution of the warrant at any time day or night.

### III. CONCLUSION

14. WHEREFORE, I respectfully request that a search warrant be issued to search the SUBJECT PARCEL for evidence of illegal narcotics, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

Michelle A. Plante
Digitally signed by Michelle A. Plante
Date: 2024.09.12 20:24:37 -04'00'

Michelle A. Plante
U.S Postal Inspector

Subscribed and sworn to before me by telephone this 13 day of September, 2024.

Thomas O. Farrish
Date: 2024.09.13 16:49:59 -04'00'

HONORABLE THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE

5

## ATTACHMENT A

### Property to Be Searched

Priority Mail Express parcel displaying USPS Tracking Number EI996873951US addressed to "Gary R. 14 Seeley St. Danbury CT 06810" and bearing a return address of "Bora 271 Falcato Dr Milpitas CA 95035" is currently in the custody of the U.S. Postal Inspection Service located at 141 Weston St., Hartford CT, 06101.



## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846 including United States currency and narcotics.